---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 385 Greenwich Street LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 46-3479347 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3131 Bedford Avenue<br>Brooklyn, NY 11210<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Kings<br>County | **Location of principal assets, if different from principal place of business**<br>385 Greenwich Street New York, NY 10013<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

---

Debtor    385 Greenwich Street LLC                                    Case number *(if known)*
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____  ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | | Relationship _____ |
|---|---|---|---|---|
| District _____ | | When _____ | | Case number, if known _____ |

| Debtor | 385 Greenwich Street LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | 385 Greenwich Street LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 6, 2025
                MM / DD / YYYY

**X** /s/ Zachary Gindi                         Zachary Gindi
Signature of authorized representative of debtor    Printed name

Title    Authorized Signatory

**18. Signature of attorney**

**X** /s/ Kevin Nash                         Date    March 6, 2025
Signature of attorney for debtor                     MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  knash@gwfglaw.com

NY
Bar number and State

Debtor    385 Greenwich Street LLC                                    Case number (*if known*)
_____              _____
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION
_____

Case number (*if known*) _____  Chapter   __11__

☐ Check if this an amended
   filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | 90 Nassau Street LLC | | Relationship to you | Affiliate |
| District | Eastern District of New York | When 3/6/25 | Case number, if known | |
| Debtor | ZRG, Inc. | | Relationship to you | 100% member |
| District | Eastern District of New York | When 1/29/25 | Case number, if known | 25-40464-NHL |

90 Nassau Street LLC & 385 Greenwich Street LLC

**JOINT WRITTEN CONSENT IN SUPPORT OF CHAPTER 11 FILINGS**

The undersigned, being the sole member of 90 Nassau Street LLC and 385 Greenwich Street LLC (each a "Company" and collectively, the "Companies"), hereby adopts the following resolutions:

WHEREAS, ZRG, Inc. filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York on January 29, 2025;

WHEREAS, the Companies are fee simple owners of real property located at 90 Nassau Street, New York, New York and 385 Greenwich Street, New York, New York (the "Properties");

WHEREAS, the Companies view Chapter 11 filings as the most effective way to sell the Properties;

RESOLVED, the Companies are authorized to file voluntary petitions for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED, Zachary Gindi is authorized to act on behalf of the Companies to (a) execute the Chapter 11 petitions and all other related papers, and other documents, and cause the same to be filed with the Bankruptcy Court; (b) cause the Companies to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the Chapter 11 cases and achieve confirmation of plans of reorganization; and (c) pursue restructurings of the Companies' debts and obligations; and it is further

RESOLVED, that the Companies are authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:  New York, New York
        March 6, 2025

                            ZRG, Inc.

                            By: Zachary Gindi
                            Its Authorized Signatory

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                        Chapter 11

90 Nassau Street LLC,                                                         Case No.

                                            Debtor.
-----------------------------------------------------------------x
In re:                                                                        Chapter 11

385 Greenwich Street LLC,                                                    Case No.

                                            Debtor.
-----------------------------------------------------------------x

## CONSOLIDATED DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Zachary Gindi declares the following under penalties of perjury pursuant to 28 U.S.C. §

1746:

1.      I am an officer and fifty (50%) percent shareholder of ZRG, Inc. ("ZRG"), and

executed the prior Chapter 11 case on behalf of ZRG at the Mezzanine level.

2.      ZRG initiated bankruptcy proceedings on January 29, 2005 to stay an abbreviated

Article 9 UCC foreclosure sale of the membership interests held by ZRG in the Debtors herein,

90 Nassau Street LLC ("Nassau") and 385 Greenwich Street LLC ("Greenwich") (collectively,

Nassau and Greenwich are the "Debtors").

3.      The Chapter 11 filing by ZRG was made in contemplation of the subsequent

commencement of Chapter 11 cases by the Debtors that the underlying properties are made

subject to Bankruptcy Court jurisdiction.

4.      Although the preparation of the Chapter 11 cases took longer than anticipated, the

Debtors are now filing their own Chapter 11 petitions.  To this end, I submit this Consolidated

Declaration in support of the respective bankruptcies to highlight the exit path forward for the

disposition of the Properties, defined below, to pay off the mortgage debt held by Ladder CRE Finance REIT Inc. (the "Lender").

5.      Specifically, ZRG is the 100% member in two real estate limited liability companies, Nassau and Greenwich, which in turn own real property located at 90 Nassau Street, New York, NY (the "Nassau Property") and 385 Greenwich Street, New York, NY, respectively (the "Greenwich Property", and  collectively with the Nassau Property, the "Properties").

6.      Before bankruptcy, both Properties were being actively marketed for sale and were subject to pending contracts, one with an unaffiliated third party (the Nassau Property) and the second (the Greenwich Property) with one of my affiliates.

7.      The combined purchase price was for an amount that almost paid off the secured claim of the Lender, but negotiations broke down with the Lender as to the timing of the closings.

8.      Because the Lender refused to further adjourn the Article 9 UCC sale and have since sought dismissal of the ZRG Chapter 11 case, the Debtors are filing their own Chapter 11 cases with the intention of utilizing a Chapter 11 sale process to sell the Properties, with the existing contracts to be designated stalking horse contracts subject to competitive bidding.

**The Debtors' Respective Capital Structure and Pending Sales**

9.      The Properties are encumbered by a consolidated mortgage lien held by the Lender securing a loan in the original principal amount of $17,000,000 made on or about November 5, 2021.  With accrued interest, fees and expenses, the Lender is asserting a total indebtedness of approximately $18,500,000, which amount does not appear to reflect a partial paydown of $1,00,000 made on or about October 10, 2024.

10.     Besides the mortgage, the Nassau Property is also subject to a mechanic's lien in the filed amount of $21,303.

11.     The Properties are each mixed use apartment buildings with 9 and 5 tenants, respectively.  Rents are collected directly through a lock box.  The Debtor has been denied current visibility as to the amount on deposit relating to collected rents, unpaid rents and security deposits.  We will get this information during the course of the Chapter 11 case.

12.     Each of the Debtors is subject to pending contracts for the respective purchase prices of $10,503,000 (the Nassau Property) and $7,780,394.38 (the Greenwich Property), including deposits.  The Debtors intend to negotiate a consensual sale process with the Lender to maximize the best possible value.

**Local Rule 1007-4 Disclosures**

13.     Pursuant to Local Rule 1007-4(a)(iv) and (v) no committee of creditors was formed prior to the filing of the respective petitions.

14.     Pursuant to Local Rule 1007-4(a)(vi), a list of the twenty largest creditors will be included as part of each set of bankruptcy schedules to be filed contemporaneously herewith.

15.     Pursuant to Local Rule 1007-2(a)(vii), the Properties are subject to an outstanding mortgage held by the Lender as set forth above.

16.     Pursuant to Local Rule 1007-4(a)(viii), the assets and liabilities of the respective Debtors will be set forth in the bankruptcy schedules to be filed within the next fourteen days.

17.     Pursuant to Local Rule 1007-4(a)(ix), the stock interest of each of the Debtors is held by ZRG.

18.     Pursuant to Local Rule 1007-4(a)(x), no receiver has been appointed.

19.     Pursuant to Local Rule 1007-4(a)(xi), the Properties constitutes each Debtor's primary asset.

20.     Pursuant to Local Rule 1007-4(a)(xii), the Debtors' respective books and records are located in Brooklyn, NY.

21.     Pursuant to Local Rule 1007-4(a)(xiii), the Debtors are not subject o a pending foreclosure. Instead, the Lender elected to proceed with an Article 9 UCC foreclosure process.

22.     Pursuant to Local Rule 1007-4(a)(xiv, xv and xvi), I am serving as the manager of both Debtors without compensation.

23.     Pursuant to Local Rule 1007-4(a)(xvii), the Debtors intend to continue to manage their Properties pending further proceedings before the Bankruptcy Court pursuant to cash collateral arrangements to be negotiated with the Lender.

Dated: New York, NY
      March 6, 2025

_____
Zachary Gindi

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 11

385 Greenwich Street LLC,                                      Case No.


                                    Debtor.
-----------------------------------------------------------x

## LIST OF EQUITY HOLDERS

                    ZRG, Inc.                    100%

Dated:    New York, New York
              March 6, 2025

                                    385 Greenwich Street LLC


                          By:      /s/ Zachary Gindi
                                    Zachary Gindi, Authorized Signatory

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

385 Greenwich Street LLC,                                       Case No.


                                        Debtor.
------------------------------------------------------------x

## LIST OF PENDING LAWSUITS


      NONE


Dated:  New York, New York
        March 6, 2025


                        385 Greenwich Street LLC


                    By:    /s/ Zachary Gindi
                        Zachary Gindi, Authorized Signatory

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

385 Greenwich Street LLC,                                       Case No.

                                    Debtor.
-------------------------------------------------------------x

## BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

      Pursuant to Bankruptcy Rule 7007.1, 385 Greenwich Street LLC certifies that it is

a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which

are publicly held.

Dated:   New York, New York
          March 6, 2025

                           385 Greenwich Street LLC


                           /s/ Zachary Gindi
                           Zachary Gindi, Authorized Signatory

**Fill in this information to identify the case:**

Debtor name    385 Greenwich Street LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
<span style="float:right">12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 6, 2025      X /s/   Zachary Gindi
                                       Signature of individual signing on behalf of debtor

                                       Zachary Gindi
                                       Printed name

                                       Authorized Signatory
                                       Position or relationship to debtor

<table>
<tr><td colspan="3">Fill in this information to identify the case:</td><td></td></tr>
<tr><td>Debtor name</td><td colspan="2">385 Greenwich Street LLC</td><td rowspan="3">☐ Check if this is an<br><br>amended filing</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2">EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known):</td><td colspan="2"></td></tr>
</table>

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Belsito Mechanical, LLC 395 5th Avenue Brooklyn, NY 11215 | | | Unliquidated | | | $0.00 |
| Bold New York 1105th Avenue 4th Floor New York, NY 10011 | | | Unliquidated | | | $0.00 |
| Certified Backflow 4118 14th Avenue Suite 18 Brooklyn, NY 11219 | | | Unliquidated | | | $0.00 |
| Con Edison JAF Station P.O. Box 1702 New York, NY 10116 | | | Unliquidated | | | $0.00 |
| Daily Maintenance LLC 29 West 36th Street Suite 801 New York, NY 10018 | | | Unliquidated | | | $0.00 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| Jack Jaffa 147 Prince Street Brooklyn, NY 11201 | | | Unliquidated | | | $0.00 |
| Ladder CRE Finance REIT Inc 320 Park Avenue 15th Floor New York, NY 10022 | 385 Greenwich StreetNew York, NY 10013 | | Unliquidated | $18,521,892.90 | $7,780,334.38 | $10,741,558.52 |

Debtor ___385 Greenwich Street LLC_____  Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lazarus Karp Ehrlich McCourt, LLP 370 Seventh Avenue Suite 720 New York, NY 10001 | | | Unliquidated | | | $0.00 |
| NYC Dept. of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038 | | For notice purposes | Unliquidated Disputed | | | Unknown |
| NYS Department of Taxation Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205 | | For notice purposes | Unliquidated | | | Unknown |
| P & M Air Mechanical 109 Christie Street Ridgefield Park, NJ 07660 | | | Unliquidated | | | $0.00 |
| Safety Fire Sprinkler 1070 38th Street Brooklyn, NY 11219 | | | Unliquidated | | | $0.00 |
| Strivers Management 29 West 36th Street Suite 801 New York, NY 10018 | | | Unliquidated | | | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>385 Greenwich Street LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

**Part 1:   Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................   $       7,780,334.38

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................   $       275,856.56

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................   $       8,056,190.94

**Part 2:   Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       18,521,892.90

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $       0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................   +$       TBD

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b                                                                                                            $       18,521,892.90

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name    385 Greenwich Street LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

                                                    **Current value of debtor's interest**

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:      275,856.56    -      0.00    = ....      $275,856.56
                                  face amount              doubtful or uncollectible accounts

                                           Historical unpaid rent subject to
                     reconciliations

12.    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.                    $275,856.56

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | 385 Greenwich Street LLC | Case number (If known) |
|---|---|---|
| | Name | |

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**  Real property

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 385 Greenwich Street New York, NY 10013 | Fee Simple | Unknown | Sale Contract | $7,780,334.38 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$7,780,334.38

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**  Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

Debtor    385 Greenwich Street LLC _____    Case number *(If known)* _____
                Name

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor    385 Greenwich Street LLC                                    Case number *(If known)* _____
          Name

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $275,856.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $7,780,334.38 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $275,856.56 | + 91b. $7,780,334.38 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,056,190.94 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ____385 Greenwich Street LLC____

United States Bankruptcy Court for the: ____EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | Ladder CRE Finance REIT Inc | | |
|---|---|---|---|
| | Creditor's Name | | |
| | 320 Park Avenue 15th Floor New York, NY 10022 | **Describe debtor's property that is subject to a lien** 385 Greenwich StreetNew York, NY 10013 | $18,521,892.90 | $7,780,334.38 |
| | Creditor's mailing address | | |
| | | **Describe the lien** First Mortgage | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** ☒ No ☐ Yes | |
| | Date debt was incurred | **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | Last 4 digits of account number | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☒ Unliquidated ☐ Disputed | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $18,521,892.90 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| James J. Vincequerra Alston & Bird LLP 90 Park Avenue New York, NY 10016 | Line ___2.1___ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>385 Greenwich Street LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim: Unknown | Priority amount: Unknown |
|---|---|---|---|

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim: Unknown | Priority amount: Unknown |
|---|---|---|---|

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | 385 Greenwich Street LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

NYS Department of Taxation
Bankruptcy/Special Procedures
Section
P.O. Box 5300
Albany, NY 12205

☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|

Belsito Mechanical, LLC
395 5th Avenue
Brooklyn, NY 11215

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|

Bold New York
1105th Avenue
4th Floor
New York, NY 10011

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|

Certified Backflow
4118 14th Avenue
Suite 18
Brooklyn, NY 11219

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|

Con Edison
JAF Station
P.O. Box 1702
New York, NY 10116

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|

Daily Maintenance LLC
29 West 36th Street
Suite 801
New York, NY 10018

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | |
|---|---|
| Debtor __385 Greenwich Street LLC__ | Case number (if known) _____ |
| Name | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|
| | Jack Jaffa<br>147 Prince Street<br>Brooklyn, NY 11201 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|
| | Lazarus Karp Ehrlich McCourt, LLP<br>370 Seventh Avenue<br>Suite 720<br>New York, NY 10001 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|
| | P & M Air Mechanical<br>109 Christie Street<br>Ridgefield Park, NJ 07660 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|
| | Safety Fire Sprinkler<br>1070 38th Street<br>Brooklyn, NY 11219 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | TBD |
|---|---|---|---|
| | Strivers Management<br>29 West 36th Street<br>Suite 801<br>New York, NY 10018 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | New York State Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | NYC Department of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line _2.2_<br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor    385 Greenwich Street LLC
          _____
          Name

Case number (if known) _____

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ _____ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ _____ 0.00 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 0.00 |

**Fill in this information to identify the case:**

Debtor name    385 Greenwich Street LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement for 385 Greenwich Street, New York, New York |
|      State the term remaining | |
| List the contract number of any government contract | 21 Church Street LLC<br>2322 Avenue N<br>Brooklyn, NY 11210 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>385 Greenwich Street LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | 90 Nassau Street LLC | 2322 Avenue N<br>Brooklyn, NY 11210 | Ladder CRE Finance REIT Inc | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | ZRG, Inc. | 2322 Avenue N<br>Brooklyn, NY 11210 | Ladder CRE Finance REIT Inc | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

## United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re    385 Greenwich Street LLC _____    Case No. _____
                                    Debtor(s)         Chapter    11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date:    March 6, 2025 _____        /s/  Zachary Gindi _____
                                              Zachary Gindi/Authorized Signatory
                                              Signer/Title

Date:    March 6, 2025 _____        /s/ Kevin Nash _____
                                              Signature of Attorney
                                              Kevin Nash
                                              Goldberg Weprin Finkel Goldstein LLP
                                              125 Park Ave
                                              New York, NY 10017-5690
                                              Fax:

21 Church Street LLC
2322 Avenue N
Brooklyn, NY 11210


90 Nassau Street LLC
2322 Avenue N
Brooklyn, NY 11210


Belsito Mechanical, LLC
395 5th Avenue
Brooklyn, NY 11215


Bold New York
1105th Avenue
4th Floor
New York, NY 10011


Certified Backflow
4118 14th Avenue
Suite 18
Brooklyn, NY 11219


Con Edison
JAF Station
P.O. Box 1702
New York, NY 10116


Daily Maintenance LLC
29 West 36th Street
Suite 801
New York, NY 10018


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jack Jaffa
147 Prince Street
Brooklyn, NY 11201


James J. Vincequerra
Alston & Bird LLP
90 Park Avenue
New York, NY 10016


Ladder CRE Finance REIT Inc
320 Park Avenue
15th Floor
New York, NY 10022


Lazarus Karp Ehrlich McCourt, LLP
370 Seventh Avenue
Suite 720
New York, NY 10001

New York State Attorney General
28 Liberty St
New York, NY 10005-1400


NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601


NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYS Department of Taxation
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205


P & M Air Mechanical
109 Christie Street
Ridgefield Park, NJ 07660


Safety Fire Sprinkler
1070 38th Street
Brooklyn, NY 11219


Strivers Management
29 West 36th Street
Suite 801
New York, NY 10018


ZRG, Inc.
2322 Avenue N
Brooklyn, NY 11210