Jay B. Solomon, Esq.
BELKIN BURDEN GOLDMAN, LLP
One Grand Central Plaza
60 East 42nd Street, 16th Floor
New York, NY 10165
Tele: (212) 867-4466 ext. 497
Fax: (212) 297-1859
Email: jsolomn@bbgllp.com

*Attorney for Gregory Spatz*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    385 Greenwich Street LLC,<br><br>                  Debtor | Chapter 11<br><br>Case No.: 25-41127-NHL |

**DECLARATION OF DISINTERESTNESS BY GREGORY SPATZ**

I, Gregory Spatz, declare as follows:

1. On April 1, 2025, I was confirmed as the successful bidder by the Court at the sale confirmation hearing for the Debtor's auction sale of the property located at 385 Greenwich Street, New York, New York (the "Property").

2. I am personally familiar with and have personal knowledge of the facts set forth herein.

3. I do not have any interest in or connection with 385 Greenwich Street LLC ("Debtor") the debtor in this bankruptcy proceeding, or with any of Debtor's members, managers, officers, employees, creditors or any party in interest herein, other than as my role as the successful bidder at the auction sale of the Property. I do not hold any interest in the Debtor, I am not an equity security holder or insider of the Debtor, and I have not provided any services to or on behalf of the Debtor. I am not a creditor of the Debtor. I have not ever been a member, manager, director, officer

or employee of the Debtor. I have no business relationship with the Debtor or with any affiliate, member, manager, owner or employee of Debtor.

4. To the best of my knowledge, information and belief, formed after due inquiry, I do not hold any interest in or which would be adverse to the Debtor or any affiliate of the Debtor.

5. I have made no agreement with the Debtor or with anyone affiliated with the Debtor, other than the proposed Contract of Sale to purchase the Property that I submitted to Debtor's counsel with my initial bid on March 24, 2025.

6. I did not make any agreement or other arrangement with any other person or entity to pool bids or combine proceeds in order to bid on or purchase the Property.

7. I declare pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and upon my personal information and belief.

Dated: April 1, 2025

*Gregory Spatz*
Gregory Spatz